# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Johnson Controls Security Solutions | 12/16/2022 | 266572 | Check | $ 1,417.23 |
| Akorn Operating Company, LLC | Johnson Controls Security Solutions | 1/6/2023 | 266928 | Check | $ 9,434.78 |
| Akorn Operating Company, LLC | Johnson Controls Security Solutions | 1/23/2023 | 267002 | Check | $ 2,214.30 |
| Akorn Operating Company, LLC | Johnson Controls Security Solutions | 2/8/2023 | 267295 | Check | $ 15,035.11 |
| Akorn Operating Company, LLC | Johnson Controls Security Solutions | 2/10/2023 | 267189 | Check | $ 2,878.44 |
| | | | | | $ 30,979.86 |